**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re IRA D. PARTHEMORE,

           Plaintiff                      No. C 13-2849 PJH (PR)

                                      **ORDER OF DISMISSAL**

_____/

      This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated:  August 9, 2013.

                             _____
                               PHYLLIS J. HAMILTON
                               United States District Judge

G:\PRO-SE\PJH\CR.13\Parthemore2849.dsm-ifp.wpd