UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re IRA D. PARTHEMORE,

    Plaintiff          No. C 13-2849 PJH (PR)

               **ORDER OF DISMISSAL**

_____/

   This case was opened when plaintiff wrote a letter to the court regarding medical care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given thirty days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

   No response has been received.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

   **IT IS SO ORDERED.**

Dated:  August 9, 2013.     _____

              PHYLLIS J. HAMILTON
              United States District Judge

G:\PRO-SE\PJH\CR.13\Parthemore2849.dsm-ifp.wpd

United States District Court
For the Northern District of California